SCWC-11-0000592

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ERWIN E. FAGARAGAN,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000592; S.P.P. NO. 11-1-0005(1);
CR. NOS. 04-1-0595(1) & 05-1-0090(1))

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on February 14, 2014, is corrected as follows:

1. On page 2, lines 11-12:

Replace "Supp. 2011" with "1993 & Supp. 2006"

2. On page 2, line 18:

Replace "2005" with "2003"

3. On page 2, footnote 1, line 1:

Replace "2005" with "2003"

4. On page 3, line 1:

Replace "2005" with "2002"

5. On page 3, line 2:

Replace "329.43" with "329-43"

6. On page 3, line 3:

Replace "Supp. 2005" with "1993"

7. On page 3, lines 4:

Replace "Supp. 2005" with "1993"

8. On page 3, footnote 2, line 1:

Replace "2005" with "2002"

9. On page 3, footnote 3, line 1:

Replace "Supp. 2005" with "1993"

10. On page 3, footnote 4, line 1:

Replace "Supp. 2005" with "1993"

11. On page 4, line 6:

Delete "(Supp. 2005)"

12. On page 4, line 8:

Replace "2005" with "2002"

13. On page 4, line 9:

Replace "329.43.5" with "329-43.5" and

delete "(Supp. 2005)"

14. On page 4, footnote 5, line 1:

Replace "2005 Supp." with "Supp. 2002"

15. On page 4, footnote 5, line 7:

Delete ", except for methamphetamine"

16. On page 4, footnote 5, line 12:

Insert "methamphetamine," after "containing"

17. On page 5, line 8:

Replace "370" with "371" and replace "745" with "746"

18. On page 5, line 13:

Replace "372" with "371-72" and

replace "747" with "746-47"

19. On page 5, line 14:

After "Id." add "at 372, 167 P.3d at 747."

20. On page 7, line 11:

Add "(2006)" after "40"

21. On page 8, footnote 8, line 4:

Replace ")s)" with "(s)"

22. On page 9, line 7:

Delete "121 Hawaiʻi 178," and delete "at"

23. On page 10, line 6:

Add "in" after "listed"

24: On page 10, line 7:

Add "give" after "and"

25. On page 14, line 26:

Delete ", 116 Hawaiʻi 181, 172 P.3d 493 (2007)"

26. On page 14, footnote 10, line 8:

Replace "the being" with "this being".

27. On page 20, line 12:

Replace "(Emphasis added)" with "Fagaragan v. State, No. CAAP-11-0000592, 2012 WL 4211909, *2-*3 (App. Sep. 19, 2012) (SDO) (emphasis added)"

28. On page 20, line 18:

Replace "Oct." with "October"

29. On page 23, line 11:

Replace "711" with "707"

30. On page 24, line 24:

Replace "an" with "[a]n"

31. On page 26, line 13:

Replace "errors" with "erros [sic]"

32. On page 27, footnote 12, line 10:

Replace ""[A]" with "A" and

replace "'should" with ""should"

33. On page 27, footnote 12, line 11:

Delete the "'" after "claim."

34. On page 27, footnote 12, lines 11-12:

Replace "96, 904 P.2d 1142, 1150" with "327, 335-36, 909 P.2d 1142, 1150-51"

35. On page 29, lines 8-9:

Delete "489," and ", 891"

36. On page 29, line 18:

Replace "485, 489" with "487-89" and

4

replace "887, 889" with "889-91"

37. On page 32, footnote 13, line 2:

Insert "(1995)" after "1299"

38. On page 32, footnote 13, line 5:

Replace "968-69" with "975"

39. On page 33, footnote 13, line 2:

Add "-78" after "577" and add "-35" after "334"

40. On page 39, line 7:

Insert tab to note paragraph before "In"

41. On page 39, footnote 18, line 1:

Delete the quotation mark before "was" and insert a quotation mark before "support"

42. On page 39, footnote 18:

At the end of footnote 18, insert "Fagaragan, 2012 WL 4122909, at *3."

43. On page 44, line 20:

Replace the period after "prisoner" with "[.]"

44. On page 46, line 14:

Replace period after "prisoner" with "[.]"

45. On page 47, line 1:

Add "-85" after "183" and add "-97" after "495"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 21, 2014.

/s/ Richard W. Pollack

Associate Justice